AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TAWANNE LUCAS | ) | Case No: 05-00030-001 |
| | ) | USM No: 08925-003 |
| Date of Previous Judgment: 10/18/2007 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  147  months **is reduced to**  118 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  35           Amended Offense Level:  33
Criminal History Category:  III       Criminal History Category:  III
Previous Guideline Range:  210 to 262 months   Amended Guideline Range:  168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
This sentence is to run concurrently with the sentence imposed on this defendant in S.D.AL Cr. No. 05-71.

The judgment dated 10/18/2007 amended to original judgment dated 8/16/2005 by reducing the sentence. All other terms and conditions of the 8/16/2005 judgment remain the same.

Except as provided above, all provisions of the judgment dated  10/18/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  05/14/2008                         /s/ Callie V. S. Granade
                                                Judge's signature

Effective Date: _____                  Chief United States District Judge
            (if different from order date)      Printed name and title